# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LINDA VISE

VERSUS

HOMETOWN ACE HARDWARE, INC.,
ACE HARDWARE CORPORATION,
AND JOHN GIRGENTI

NO.  2020 CW 0163

FEB 1 9 2020

---

In Re:  Hometown Ace Hardware, Inc., and John Girgenti,
applying for supervisory writs, 23rd Judicial District
Court, Parish of Tangipahoa, No. 2017-0002457.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1]William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.